UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEXTER WALKER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )   Civil Action No: SA-15-CA-732-XR |
| | ) |
| PHILADELPHIA INDEMNITY INS. CO., | ) |
| | ) |
|    Defendant, | ) |
| | ) |

**ORDER**

The mediator has informed the Court that the parties have reached a settlement of the claims in this case. Docket no. 25. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **March 4, 2016**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

    It is so ORDERED.

    SIGNED this 4th day of February, 2016.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE