THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEXTER WALKER § § § | |
| VS. § | Civil Action No. 5:15-cv-00732-XR |
| § | |
| PHILADELPHIA INSURANCE § COMPANY, A MEMBER OF THE § TOKIO MARINE GROUP § | |

## STIPULATION OF DISMISSAL

Plaintiff, DEXTER WALKER ("Plaintiff"), and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Defendant"), file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. On July 9, 2015, Plaintiff sued Defendant in state court.

2. On August 27, 2015, Defendant removed this case to federal court because of diversity of citizenship.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed any action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice as to refiling.

Respectfully submitted,

| | |
|---|---|
| /s/ Alan Dale Hicks | /s/ Robert M. Smith |
| Thomas J. Henry | Stephanie O'Rourke |
| Texas State Bar No. 09484210 | Texas State Bar No. 15310800 |
| tjhenry@thomasjhenrylaw.com | sorourke@cbylaw.com |
| Alan Dale Hicks | Robert M. Smith |
| dhicks@thomasjhenrylaw.com | Texas State Bar No. 18677400 |
| THE LAW OFFICES OF THOMAS J. HENRY | rsmith@cbylaw.com |
| 5711 University Heights Blvd. | COKINOS, BOSIEN & YOUNG |
| San Antonio, Texas 78249 | 10999 West IH-10, Suite 800 |
| T (361) 985-0600 | San Antonio, Texas 78230 |
| F (361) 985-0601 | T (210) 293-8700 |
| | F (210) 293-8733 |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal* was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) on this the 21 day of April 2016:

*Attorneys for Defendant*
    Stephanie O'Rourke
    sorourke@cbylaw.com
    Robert M. Smith
    rsmith@cbylaw.com
    COKINOS, BOSIEN & YOUNG
    10999 West IH-10, Suite 800
    San Antonio, Texas 78230

                                  /s/ Alan Dale Hicks
                                  Alan Dale Hicks